UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

**Wisconsin Archery Products, LLC**

    Plaintiff,

v.                                          Case No. 21-1920

**Burris Company, Inc.,**

    Defendant,

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Wisconsin Archery Products, LLC hereby voluntarily dismisses its claims against Burris Company, Inc. with prejudice, pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., with each party to bear its own fees and costs. Defendant Burris Company, Inc. has not served an answer or filed a motion for summary judgment.

Respectfully submitted,

Dated: August 31, 2021

s/Michael T. Griggs
Michael T. Griggs
Thomas J. Lyneis
BOYLE FREDRICKSON, S.C.
840 N. Plankinton Avenue
Milwaukee, Wisconsin 53203
Telephone:  414-225-9755
Facsimile:   414-225-9753
***Attorneys for Plaintiff***